UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22205-CIV-SCOLA

MAURICIO BENDANA,

    Plaintiff,

vs.

ATLANTIC & PACIFIC ASSOCIATION MANAGEMENT, INC., a Florida corporation and HOWARD D. COHEN, individually.

    Defendants.
_____/

## JOINT NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF HIS CLAIMS AGAINST ALL DEFENDATS WITH PREJUDICE

Plaintiff, with Defendants' concurrence and agreement, by and through his undersigned attorney, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the instant action against **all Defendants**, with prejudice. The parties have not reached a settlement in this action. Plaintiff is voluntarily withdrawing and dismissing his claims against all Defendants, with prejudice.

DATED this 22nd day of October, 2015.

| | |
|---|---|
| THE LAW OFFICES OF<br>EDDY O. MARBAN<br>Counsel for Plaintiffs<br>1600 Ponce de Leon Boulevard<br>Suite 902<br>Coral Gables, Florida   33134<br>Telephone (305) 448-9292<br>Facsimile (305) 448-9477<br>E-mail: marbanlaw@gmail.com | JACKSON LEWIS P.C.<br>Counsel for Defendants<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 3500<br>Miami, Florida 33131<br>Telephone (305) 577-7600<br>Facsimile (305) 373-4466<br>E-mail: allens@jacksonlewis.com |
| By:  *s/Edilberto O. Marban*<br>     EDDY O. MARBAN, ESQ.<br>     Fl. Bar No. 435960 | By:  *s/Scott S. Allen*<br>     SCOTT S. ALLEN, ESQ.<br>     Fl. Bar No. 143278 |