UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22205-CIV-SCOLA

MAURICIO BENDANA,

  Plaintiff,

vs.

ATLANTIC & PACIFIC ASSOCIATION MANAGEMENT, INC., a Florida corporation and HOWARD D. COHEN, individually.

  Defendants.
_____/

## ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANS WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties' Joint Notice of Plaintiff's Voluntary Dismissal of his Claims against **all Defendants** with prejudice. Accordingly, it is

ORDERED, ADJUDGED and DECREED that Plaintiff's claims against **all Defendants** shall be dismissed with prejudice.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this _____ day of October, 2015.

            _____
            ROBERT N. SCOLA, JR.
            UNITED STATES DISTRICT JUDGE

cc: All counsel of record